IN RE E.S.

**[Cite as *In re E.S.,* 135 Ohio St.3d 135, 2012-Ohio-5911.]**

*Court of appeals' judgment affirmed on the authority of* In re Bruce S.

(No. 2012-0782—Submitted December 13, 2012—Decided December 18, 2012.

APPEAL from the Court of Appeals for Hamilton County,

No. C-110163, 2012-Ohio-1363.

_____

**{¶ 1}** The judgment of the court of appeals is affirmed on the authority of *In re Bruce S.,* 134 Ohio St.3d 477, 2012-Ohio-5696, 983 N.E.2d 350.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

KENNEDY, J., not participating.

_____

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Paula E. Adams, Assistant Prosecuting Attorney, for appellant, state of Ohio.

Timothy Young, Ohio Public Defender, and Sheryl Trzaska, Assistant Public Defender, for appellee, E.S.

_____